

**NUMBER 13-14-00209-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**REYNALDO YBARRA,** **Appellant,**

**v.**

**THE COUNTY OF HIDALGO,** **Appellee.**

**On Appeal from the 332nd District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant filed an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in cause number C-4507-13-F. Appellant has filed an unopposed amended motion to remove the notice of appeal on grounds that the notice of appeal was prematurely filed. Appellant requests that this Court withdraw the appeal.

The Court, having considered the documents on file and appellant's amended unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
8th day of May, 2014.